%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

GEORGE SLAYBE ET AL

v.

COLUMBIA MANAGEMENT ADVISERS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10534 PBS

TO: (Name and address of Defendant)

Columbia Management Advisers, Inc.
~~Putnam Investment Management, LLC~~
100 Federal Street
Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alan L. Kovacs, Esq.
Law Office of Alan L. Kovacs
2001 Beacon St., Suite 106
Boston, MA 02461
(617)964-1177

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                MAR 16 2004
CLERK                                       DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | **DATE** March 29, 2004 |
| **NAME OF SERVER** BURTON M. MALKOFSKY | **TITLE** Process Server / A Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left: _____

Said service was made at:_____, MASSACHUSETTS

☒ Other:  By handing true and attested copies thereof to __Mr. David Rozenson, Secretary and__

Duly Authorized Agent for the within-named __Defendant, Columbia Management Advisers, Inc.__

Said service was made at:

_____1 Financial Center, 11th Floor, Boston_____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 72.00 | $ 72.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____March 29, 2004____       _/s/ Burton M. Malkofsky_
                    Date                                    Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
  PLEASE NOTE THAT IT WAS NECESSARY TO MAKE __3__ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| 3/29/04 | 1:15p.m. | No service at 100 Federal St., Boston, Ma. - Said address is an office bldg. and Putnam Investment Management LLC was not listed.......................... | $ 24.00 |
| | | After contacting your Office Process Server was informed the correct Defendant is Columbia Management Advisers, Inc. located at 100 Federal St., Boston, Ma. | $ .00 |
| | | | $ .00 |
| 3/29/04 | 1:35p.m. | No serivce at 100 Federal St., Boston, Ma..Process Server spoke to Columbia Management Advisers, Inc. on the lobby phone and was instructed to make service c/o their Legal Dept. at 1 Financial Ctr, 11th fl., Boston, Ma................................................................................. | $ 24.00 |
| 3/29/04 | 2:00p.m. | Service was made at 1 Financial Ctr, 11th fl., Boston, Ma...................... | $ 24.00 |
| | | | $ .00 |

**DUE & DILIGENT SEARCH:**  $ _____.00   No service was made    **TOTAL**   $ 72.00
because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| Suvalle, Jodrey & Associates | One Devonshire Place | Telephone # (617) 720-5733 |
| Massachusetts Constables since 1925 | Boston, MA  02109 | Fax #           (617) 720-5737 |