UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE SLAYBE and PAMELA YAMEEN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COLUMBIA MANAGEMENT ADVISORS, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.<br>04 CV-10534 (PBS) |

**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT
OF COLUMBIA MANAGEMENT ADVISORS, INC.**

Pursuant to Local Rule 7.3(A), Defendant Columbia Management Advisors, Inc., ("CMA"), hereby makes the following disclosure. CMA discloses that it is a subsidiary of Columbia Management Group, Inc. ("CMG"). CMG, in turn, is a subsidiary of Fleet National Bank, which is a subsidiary of FleetBoston Financial Corporation, which effective April 1, 2004 merged with Bank of America Corporation.

Respectfully submitted,
**COLUMBIA MANAGEMENT ADVISORS, INC.**
By their attorneys,

_____
R. Scott Henderson (BBO# 554821)
**Bingham McCutchen, LLP**
150 Federal Street
Boston, Massachusetts
(617) 951-8000
(617) 951-8736 (Facsimile)

Dated: May 19, 2004

LITDOCS:551721.1

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon counsel for Plaintiffs, Alan L. Kovacs, Esq., 2001 Beacon Street, Suite 106, Boston, Massachusetts via U.S. mail on May 19, 2004.

_____
R. Scott Henderson