UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE SLAYBE and<br>PAMELLA YAMEEN,<br><br>Plaintiffs,<br><br>v.<br><br>COLUMBIA MANAGEMENT<br>ADVISORS, INC.<br><br>Defendant. | CIVIL ACTION NO.<br>04-CV-10534 (PBS) |

## STIPULATION AND ORDER ACCEPTING SERVICE AND EXTENDING TIME OF COLUMBIA MANAGEMENT ADVISORS TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT

WHEREAS, the complaint in the above-captioned action was filed in this Court on March 16, 2004 (the "Complaint");

WHEREAS, in exchange for Plaintiffs entering into this stipulation, Defendant accepts service of the Complaint, for notice purposes only;

WHEREAS, Defendant desires an enlargement of its time to answer, move or otherwise respond to the Complaint and Plaintiffs consent to such an enlargement of time;

WHEREAS, Defendant has received no previous enlargement of its time to answer, move or otherwise respond to the Complaint;

WHEREAS, on February 20, 2004, the Judicial Panel on Multidistrict Litigation ("the MDL Panel") issued an Order transferring various actions relating to alleged "market-timing" and "late trading" in mutual funds to the United States District Court for the District of

LITDOCS:551707.1

Maryland, and centralizing the actions onto one single MDL docket (MDL-1586) under the caption "In re Mutual Funds Investment Litigation;"

WHEREAS, the MDL Panel acknowledged in its Order that many related actions have been filed, and stated that those actions and any other related actions will be treated as potential "tag-along" actions in In re Mutual Funds Investment Litigation; and,

WHEREAS, on April 9, 2004, Defendant noticed this action as a potential "tag-along" action, and expects that this action will be transferred to the United States District Court for the District of Maryland for consolidated pretrial proceedings in In re Mutual Funds Investment Litigation;

SUBJECT TO THE APPROVAL OF THIS COURT, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, counsel for the parties herein, that Defendant is not required to answer, move, or otherwise respond to the Complaint until the later of: (a) August 15, 2004, or any such date as may be subsequently ordered by any Court in any subsequent superceding Order; or (b) in the event that the MDL Panel determines not to transfer this case to the District of Maryland to be part of In re Mutual Funds Investment Litigation, sixty (60) days after the filing date of the MDL Panel's decision relating to the requested transfer of this action. Should Plaintiffs file an amended consolidated Complaint in this action, Defendant's response to such amended consolidated complaint will be due thereafter at such time as the parties agree, or as ordered by any Court;

SUBJECT TO THE APPROVAL OF THIS COURT, IT IS FURTHER STIPULATED AND AGREED by and between the undersigned, counsel for the parties herein, that nothing in this Stipulation and Order shall be deemed to constitute an appearance by

2

Defendant, and Defendant reserves any and all rights or defenses, including affirmative defenses, it may have in the above-captioned action.

Dated: Boston, Massachusetts
May 19, 2004

| **LAW OFFICE OF ALAN L. KOVACS** | **BINGHAM MCCUTCHEN LLP** |
|---|---|
| By their attorneys, | By their attorneys, |
| */s/ Alan L. Kovacs/SMC* | */s/ R. Scott Henderson/SMC* |
| Alan L. Kovacs (BBO # 278240) | R. Scott Henderson (BBO# 554821) |
| 2001 Beacon Street, Suite 106 | 150 Federal Street |
| Boston, Massachusetts 02135 | Boston, Massachusetts 02110-1726 |
| (617) 964-1177 | (617) 951-8000 |
| **Attorneys for Plaintiff** | **Attorneys for the Columbia Management Advisors, Inc.** |

SO ORDERED:

Dated: May 25, 2004

*/s/ Patti B. Saris*
Honorable Patti B. Saris
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon counsel for Plaintiffs, Alan L. Kovacs, Esq., 2001 Beacon Street, Suite 106, Boston, Massachusetts via U.S. mail on May 19, 2004.

*/s/ R. Scott Henderson/SMC*
R. Scott Henderson

3

LITDOCS:551707.1